08 CV 3528

JUDGE PRESKA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------X

BETTE M. GROSSMAN,

        Plaintiff,

    vs.                                  CASE NO.

OPPENHEIMER & CO., INC., et al.

        Defendants.

------------------------------------------------X



RECEIVED APR 11 2008 U.S.D.C. S.D. N.Y. CASHIERS

      PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE,

THE UNDERSIGNED COUNSEL FOR PLAINTIFF   BETTE M. GROSSMAN

CERTIFIES THAT THE SAID PARTY IS NON-GOVERNMENTAL AND NOT A

CORPORATE PARTY.

DATE: 04/11/08

                                                               SIGNATURE OF ATTORNEY

RULE 7.1 STATEMENT

**RIDER A**

OPPENHEIMER & CO. INC.
125 Broad Street
14th Floor
New York, NY 10004
New York County

FREEDOM INVESTMENTS INC.
375 Raritan Center Parkway
Edison, NJ 08837
Middlesex County

OPPENHEIMER HOLDINGS
125 Broad Street
14th Floor
New York, NY 10004
New York County

OPPENHEIMER ASSET MANAGEMENT
200 Park Avenue
24th Floor
New York, NY 10166
New York County