USDC SDNY
DOCUMENT
ELECTRONICALLY  FILED
DOC #: _____
DATE FILED: _5/20/08_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
BETTE M. GROSSMAN, on behalf of            :
Herself and all others similarly situated,       :        08 CV 3528 (LAP)
                                                          :
                    Plaintiff,                         :        ORDER
                                                          :
         v.                                              :
                                                          :
OPPENHEIMER & CO. INC.,                       :
FREEDOM INVESTMENTS INC.,               :
OPPENHEIMER ASSET MANAGEMENT :
and OPPENHEIMER HOLDSINGS INC.,     :
                                                          :
                    Defendants.                   :
                                                          :
-----------------------------------------------------------X

LORETTA A. PRESKA, United States District Judge:


         To the extent that defendants believe that the complaint is insufficient, they shall

so inform plaintiff by letter, detailing all perceived deficiencies.  Plaintiff shall then

inform the Court whether she wishes to stand on the present complaint, without further

amendment, or file an amended complaint with the understanding that no further

amendments will be permitted thereafter.  Counsel shall confer and agree upon a

proposed schedule.

SO ORDERED:

Dated:  May 20, 2008


                                                    _Loretta a Preska_
                                                    LORETTA A. PRESKA, U.S.D.J.


ordercomplinsuff