UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| BETTE M. GROSSMAN, on behalf of herself and all others similarly situated, | 08 CV 3528 (LAP/MHD) |
| Plaintiff, | NOTICE OF APPEARANCE |
| vs. | |
| OPPENHEIMER & CO. INC., FREEDOM INVESTMENTS INC., OPPENHEIMER ASSET MANAGEMENT and OPPENHEIMER HOLDINGS INC., | |
| Defendants. | |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel in this case on behalf of Defendants Oppenheimer & Co. Inc., Freedom Investments Inc., Oppenheimer Asset Management, and Oppenheimer Holdings, Inc.  I certify that I am admitted to practice in this Court.

Dated:  May 21, 2008

PROSKAUER ROSE LLP

By: _____
Scott A. Eggers
1585 Broadway
New York, NY 10036
(212) 969-3000

*Counsel for Oppenheimer & Co. Inc., Freedom Investments Inc., Oppenheimer Asset Management, and Oppenheimer Holdings, Inc.*