UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BETTE M. GROSSMAN, on behalf of herself and all others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>OPPENHEIMER & CO. INC., FREEDOM INVESTMENTS INC., OPPENHEIMER ASSET MANAGEMENT and OPPENHEIMER HOLDINGS INC., )<br>)<br>Defendants. | 08 CV 3528 (LAP/MHD) |

## DEFENDANTS' RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendants Oppenheimer & Co. Inc., Freedom Investments Inc., Oppenheimer Asset Management, Inc. and Oppenheimer Holdings, Inc. certify that there are no publicly held parent corporations and no publicly held corporation holding ten percent or more of the defendants' stock, except as follow:

Oppenheimer & Co. Inc., and Oppenheimer Asset Management, Inc. are wholly owned subsidiaries of Oppenheimer Holdings Inc., a publicly held company traded on the New York Stock Exchange. Freedom Investments, Inc. is a wholly owned subsidiary of Oppenheimer & Co. Inc.

Dated:   New York, New York
         May 21, 2008

PROSKAUER ROSE LLP

By: _____
Howard Wilson
Stephen L. Ratner
Scott A. Eggers
John H. Snyder
1585 Broadway
New York, NY 10036
(212) 969-3000

*Counsel for Oppenheimer & Co. Inc., Freedom Investments, Inc., Oppenheimer Asset Management and Oppenheimer Holdings, Inc.*