UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------
BETTE M. GROSSMAN, on behalf of himself

and all others similarly situated,
                                   Plaintiff

OPPENHEIMER & Co. INC., FREEDOM
INVESTMENTS INC., OPPENHEIMER
MANAGEMENT ASSET MANAGEMENT and
OPPENHEIMER HOLDINGS INC.,
                            Defendants.

AFFIDAVIT OF SERVICE

(By Mail)

2008 cv 3528 (LAP/MHD)

-----------------------------------------------------------

STATE OF NEW YORK   )
                            ss:
COUNTY OF NEW YORK )

        Anthony Lopez, being duly sworn, deposes and states:

        1. I am not a party to this action, am over 18 years of age, and reside in Union County New Jersey.

        2. On May 21, 2008, I served an NOTICE OF APPEARANCE of Scott Eggers and Defendant's Rule 7.1 Statement upon:

Jordan L. Lurie                 Tzivia Brody
Weiss & Yourman           Stull, Stull & Brody
10940 Wilshire Blvd.        6 East 45th Street
24th Floor                       New York NY 10017
Los Angeles CA 90024

     Said Service was made by depositing a true copy of said document enclosed in a pre-paid, sealed wrapper, properly addressed to the above named party in an official depository under the exclusive care and custody of the United States Postal Service, within the State of New York.

Sworn to before me this 22nd
day of May, 2008.

Anthony Lopez

-----------------------------------
Process Server's License #0845031

------------------------------------------------
Notary Public

JESUS HERNANDEZ
Notary Public, State of New York
No. 01HE4814466
Qualified in Kings County
Commission Expires Feb. 28, 2011