# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

_____

| | | |
|---|---|---|
| BETTE M. GROSSMAN, on behalf of herself and all others similarly situated, | ) ) ) | 08 CV 3528 (LAP/MHD) |
| Plaintiff, | ) ) ) | NOTICE OF APPEARANCE |
| vs. | ) ) | |
| OPPENHEIMER & CO. INC., FREEDOM INVESTMENTS INC., OPPENHEIMER ASSET MANAGEMENT and OPPENHEIMER HOLDINGS INC., | ) ) ) ) ) | |
| Defendants. | ) ) | |

_____

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel in this case on behalf of Defendants Oppenheimer & Co. Inc., Freedom Investments Inc., Oppenheimer Asset Management, and Oppenheimer Holdings, Inc.  I certify that I am admitted to practice in this Court.


Dated:  May 22, 2008


PROSKAUER ROSE LLP


By: _____
      Stephen L. Ratner
      1585 Broadway
      New York, NY 10036
      (212) 969-3000

_Counsel for Oppenheimer & Co. Inc., Freedom Investments Inc., Oppenheimer Asset Management, and Oppenheimer Holdings, Inc._