UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BETTE M GROSSMAN, on behalf of herself and all others similarly situated,

     Plaintiff,

  -against-

OPPENHEIMER & CO. INC., FREEDOM INVESTMENTS INC., OPPENHEIMER ASSET MANAGEMENT and OPPENHEIMER HOLDINGS INC.,

     Defendants.

08 CV 3528 (LAP/MHD)

AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
        ) ss.:
COUNTY OF NEW YORK )

MARY JANE MCALEAVY, being duly sworn, deposes and states:

1. I am not a party to this action, am over eighteen years of age, and reside in Aberdeen, New Jersey.

2. On May 22, 2008, I served a Notice of Appearance for Stephen L. Ratner upon the following:

  Jordan L. Lurie, Esq.
  Weiss & Yourman
  10940 Wilshire Boulevard-24th Floor
  Los Angeles, CA 90024

  Tzivia Brody, Esq
  Stull, Stull & Brody
  6 East 45th Street
  New York, NY  10017

3. Service was made by enclosing a true copy of the said document in a prepaid properly addressed wrapper and placing it in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

*Mary Jane McAleavy*
Mary Jane McAleavy

Sworn to before me this
23rd day of May, 2008.

*Allen F. Healy*
(Notary Public)

ALLEN F. HEALY
Notary Public, State of New York
No. 01HE6051567
Qualified in Bronx County
Commission Expires December 4, 2010