UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BETTE M. GROSSMAN, on behalf of herself and all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>OPPENHEIMER & CO. INC., FREEDOM INVESTMENTS INC., OPPENHEIMER ASSET MANAGEMENT and OPPENHEIMER HOLDINGS INC.,<br><br>　　　　　　　Defendants. | 08 CV 3528 (LAP/MHD)<br><br>NOTICE OF APPEARANCE |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel in this case on behalf of Defendants Oppenheimer & Co. Inc., Freedom Investments Inc., Oppenheimer Asset Management, and Oppenheimer Holdings, Inc. I certify that I am admitted to practice in this Court.

Dated: May 27, 2008

　　　　　　　　　　　　　　　　　　PROSKAUER ROSE LLP

　　　　　　　　　　　　　　　　　　By: /s/ Howard Wilson
　　　　　　　　　　　　　　　　　　Howard Wilson
　　　　　　　　　　　　　　　　　　1585 Broadway
　　　　　　　　　　　　　　　　　　New York, NY 10036
　　　　　　　　　　　　　　　　　　(212) 969-3000

　　　　　　　　　　　　　　　　　　*Counsel for Oppenheimer & Co. Inc., Freedom Investments Inc., Oppenheimer Asset Management, and Oppenheimer Holdings, Inc.*