UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BETTE M GROSSMAN, on behalf of herself and all
others similarly situated,

                    Plaintiff,                                    08 CV 3528 (LAP/MHD)



                                                                 AFFIDAVIT OF SERVICE

          -against-
OPPENHEIMER & CO. INC., FREEDOM
INVESTMENTS INC., OPPENHEIMER ASSET
MANAGEMENT  and OPPENHEIMER
HOLDINGS INC.,
                    Defendants.

STATE OF NEW YORK      )
                       )        ss.:
COUNTY OF NEW YORK  )


          MARY JANE MCALEAVY, being duly sworn, deposes and states:

          1.  I am not a party to this action, am over eighteen years of age, and reside in Aberdeen,

New Jersey.

          2.  On May 27, 2008, I served Notices of Appearance for Howard Wilson and John H.

Snyder upon the following:

                    Jordan L. Lurie, Esq.
                    Weiss & Yourman
                    10940 Wilshire Boulevard-24th Floor
                    Los Angeles, CA 90024


                    Tzivia Brody, Esq
                    Stull, Stull & Brody
                    6 East 45th Street
                    New York, NY  10017

3.  Service was made by enclosing a true copy of the said documents in a prepaid properly addressed wrapper and placing them in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

Mary Jane McAleavy

Sworn to before me this
27th day of May, 2008.

(Notary Public)

ALLEN F. HEALY
Notary Public, State of New York
No. 01HE6051567
Qualified in Bronx County
Commission Expires December 4, 2010