UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BETTE M GROSSMAN, on behalf of herself and all others similarly situated,

            Plaintiff,

08 CV 3528 (LAP/MHD)

-against-

OPPENHEIMER & CO. INC., FREEDOM INVESTMENTS INC., OPPENHEIMER ASSET MANAGEMENT and OPPENHEIMER HOLDINGS INC.,

            Defendants.

AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                           ) ss.:
COUNTY OF NEW YORK  )

MARY JANE MCALEAVY, being duly sworn, deposes and states:

1. I am not a party to this action, am over eighteen years of age, and reside in Aberdeen, New Jersey.

2. On June 24, 2008, I served Defendants' Response to Motions for Consolidation of Actions, Appointment of Lead Plaintiff, and Appointment of Lead Counsel upon the following:

        Jordan L. Lurie, Esq.
        Weiss & Yourman
        10940 Wilshire Boulevard-24th Floor
        Los Angeles, CA 90024

        Tzivia Brody, Esq
        Stull, Stull & Brody
        6 East 45th Street
        New York, NY 10017

3. Service was made by enclosing a true copy of the said document in a prepaid properly addressed wrapper and placing it in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

*Mary Jane McAleavy*

Sworn to before me this
24th day of June, 2008.

_____
(Notary Public)

KENNETH BIGLIANI
Notary Public, State of New York
No. 31-4970383
Qualified in New York County
Commission Expires August 13, ~~2008~~ 2010